The Union Bank of Chicago, administrator of the estate of Peter Martinez, deceased, appellant, v. N. C. Sorensen Motor Express Company, appellee. Gen. No. 35,728.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932.

Barney Fagen, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.